**Order entered August 13, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00441-CR

**CHRISTOPHER M. DUNLOP, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-82462-2012**

## ORDER

We **GRANT** Official Court Reporter Janet L. Dugger's August 11, 2014 request for an extension of time to file the reporter's record which we determined pertains to the above-captioned appeal. The reporter's record shall be due on or before **October 15, 2014**.

/s/      DAVID EVANS
         JUSTICE